IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**AARON MICHAEL STEVENSON,**

        **Plaintiff,**

    **v.**                          CASE NO. 17-3027-SAC-DJW

**KVC, et al.,**

        **Defendants.**

**MEMORANDUM AND ORDER**

This matter is before the Court on claims filed under 42 U.S.C. § 1983. Plaintiff proceeds pro se and in forma pauperis. The Court has examined the pleadings filed in this matter and finds a responsive pleading is necessary to ensure the proper resolution of this matter.

IT IS, THEREFORE, BY THE COURT ORDERED that the clerk of the court shall issue summons to defendant KVC and waivers to the individual defendants named in the complaint.

**IT IS SO ORDERED.**

DATED: This 8th day of September, 2017, at Topeka, Kansas.

                                            S/ Sam A. Crow
                                            SAM A. CROW
                                            U.S. Senior District Judge